IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL S. WARD, #245 005, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-316-RAH |
| | ) |
| CAPT. NATHANIEL LAWSON, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 14, 2020, the Magistrate Judge entered a Recommendation (Doc. 6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE, this 4th day of August, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE